FILED

12/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0319

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 22-0319

350 MONTANA, ERIC HUSETH, ABIGAIL HUSETH, AND JEROME WALKER,

*Plaintiffs and Appellees,*

V.

STATE OF MONTANA AND NORTHWESTERN CORPORATION,

*Defendants and Appellants.*

On Appeal from the Montana Fourth Judicial District Court,
Missoula County, Cause No. DV 21-00684
The Honorable Jason Marks, Presiding

## ORDER GRANTING APPELLANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Upon consideration of Appellants' motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellants are granted an extension of time to and including January 26, 2022, within which to prepare, file, and serve their Reply briefs on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2022